UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN W. BONILLA,<br><br>    Petitioner,<br><br>              v.<br><br>SUPERIOR COURT OF ALAMEDA COUNTY,<br><br>    Respondent. | Case Number C 12-00043 CW<br><br><u>DEATH PENALTY CASE</u><br><br><br>ORDER DISMISSING ACTION |

    Petitioner Steven Bonilla has been sentenced to death by the Superior Court of California for the County of Alameda. On January 22, 2008, while his state habeas case was still being litigated, Bonilla filed a request for appointment of counsel for his future federal habeas litigation in this Court, under case number C-08-471 CW. Pursuant to Habeas Local Rule 2254-25, this Court granted his request for appointment of counsel and referred the action to the Northern District's Selection Board for the recommendation of qualified counsel to represent Petitioner. On July 25, 2012, this Court issued an order appointing the Office of the Federal Public Defender for the District of Nevada to represent Petitioner in C-08-471.

    Bonilla has also filed a Petition for Writ of Habeas Corpus

1  in the above-captioned case, C-12-00043 CW.  This case is
2  duplicative of C-08-471 CW.  Accordingly, C-12-00043 is
3  DISMISSED.  The Clerk of Court shall terminate all pending
4  motions and close the file.

6       IT IS SO ORDERED.

9  DATED:     11/1/2012            _____
10                                  CLAUDIA WILKEN
                                    United States District Judge